**Sealed**
Public and unofficial staff access to this instrument are prohibited by court order

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States District Court
Southern District of Texas
**ENTERED**
June 29, 2023
Nathan Ochsner, Clerk

| | |
|---|---|
| UNITED STATES OF AMERICA | § § § |
| v. | § CRIMINAL NO: 4:20-CR-678-S § **SEALED** |
| VANESSA SOLIS | § § § |

## ORDER FOR ISSUANCE OF BENCH WARRANT

A  __SUPERSEDING INDICTMENT__  has been returned against the defendant listed below.

It is ORDERED that a warrant be issued for the arrest of said defendant. Upon arrest and appearance, a judicial determination shall be made as to detention or release on conditions. The United States Government recommends to the Court the following:

<u>Defendant</u>

VANESSA SOLIS
4439 YUPON RIDGE DR.
HOUSTON, TEXAS 77072

☑ DETENTION
☐ RELEASED ON CONDITIONS
☐ APPEARANCE BOND IN THE AMOUNT OF: $

SIGNED at Houston, Texas, on   June 28, 2023   .

*Dena Palermo*
UNITED STATES MAGISTRATE JUDGE